Robert A. Shull (#003467)
David G. Bray (#014346)
**MARISCAL WEEKS MCINTYRE**
   **& FRIEDLANDER, P.A.**
2901 N. Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
(602) 285-5000
(602) 285-5100 (Facsimile)

Attorneys for plaintiff Robert Kubicek Architects & Associates, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Kubicek Architects & Associates, Inc.**, an Arizona corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>**Bruce C. Bosley** and **Joanne M. Bosley**, husband and wife, and **The Bosley Group, Inc.**, an Arizona corporation,<br><br>             Defendants. | No.<br><br>**COMPLAINT**<br><br>(Copyright Infringement; Contributory Copyright Infringement)<br><br>**(Jury Trial Demanded)** |

Plaintiff Robert Kubicek Architects & Associates, Inc. ("Plaintiff" or "RKAA"), by and through its undersigned attorneys, Mariscal, Weeks, McIntyre & Friedlander, P.A., for its Complaint against defendants Bruce C. Bosley, Joanne M. Bosley and The Bosley Group, Inc. hereby alleges and states as follows:

## I.

## NATURE OF THE ACTION

1. This is an action against defendants Bruce Bosley and The Bosley Group, Inc. for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*

-1-

## II.

## **JURISDICTION AND VENUE**

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District and because a substantial part of the property that is the subject of this action is situated here.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## III.

## **THE PARTIES**

5. Plaintiff RKAA is an Arizona corporation with its principal place of business at 2233 E. Thomas Rd., Phoenix, Arizona.

6. Upon information and belief, defendants Bruce C. Bosley and Joanne M. Bosley are Arizona residents who currently reside at 4726 W. Villa Linda Drive, Glendale, Arizona.

7. Upon information and belief, all of the actions taken by defendant Bruce Bosley that are the subject of this Complaint were taken for and on behalf of the Bosleys' marital community.

8. Upon information and belief, defendant The Bosley Group, Inc., ("The Bosley Group") is an Arizona corporation with its principal place of business at 20212 North Cave Creek Rd., #142, Phoenix, Arizona.

### IV.

### **GENERAL ALLEGATIONS**

9. RKAA is a full service architectural firm that has excelled nationally in the delivery of commercial architecture since 1976. RKAA currently employs approximately fifty (50) professionals in Phoenix, Arizona.

10. Defendant Bruce Bosley began his employment with RKAA on or about September 23, 1982. Defendant Bruce Bosley additionally served as RKAA's President and a member of RKAA's Board of Directors from approximately August 5, 1989 through March 14, 2007.

11. By letter dated March 14, 2007, defendant Bruce Bosley resigned from RKAA immediately and without providing RKAA any prior notice. Shortly thereafter, RKAA's largest client Bashas' informed RKAA that it would be giving its business to defendant Bruce Bosley's new firm, defendant The Bosley Group.

12. Upon information and belief, defendant Bruce Bosley incorporated The Bosley Group, Inc. on or about March 27, 2007.

13. RKAA is the owner of a number of copyrighted architectural drawings, elevations, and specifications that it had created during the course of its providing architectural services in conjunction with its work on various Bashas' projects over the years. Among those copyrighted materials include Copyright Registration No. VAu000705217 entitled "Food City by Bashas' store no. 141, El Mirage, Arizona" and Registration No. VAu000705217 entitled "A new Bashas' market store no. 166, Gilbert, Arizona." The architectural drawings, elevations, and specifications that RKAA created during the course of its providing architectural services in conjunction with various Bashas' projects are collectively referred to herein as "the Copyrighted Works."

14. RKAA is the owner of the Copyrighted Works; RKAA did not assign or license the Copyrighted Works to Bashas'.

15. Through public records requests, RKAA discovered that defendant The Bosley Group had unlawfully used, copied and/or modified significant portions of RKAA's Copyrighted Works in providing competing architectural services to Bashas.

V.

**JURY DEMAND**

16. RKAA demands a trial by jury on all claims so triable.

VI.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**

**(Federal Copyright Infringement)**

**(Against defendant The Bosley Group, Inc.)**

17. Plaintiff readopts and realleges all of the allegations as set forth above.

18. Plaintiff owns the Copyrighted Works and is the copyright owner of the Copyrighted Works.

19. Plaintiff has been and still is the sole proprietor of all rights, title and interest in and to the Copyrighted Works.

20. In providing architectural services to Bashas', defendant The Bosley Group has unlawfully used, copied and/or modified RKAA's Copyrighted Works without permission or authorization from Plaintiff.

21. Defendant's conduct violates the exclusive rights belonging to Plaintiff as the owner of the Copyrighted Works, including without limitation Plaintiff's rights under 17 U.S.C. § 106.

22. Defendant's actions constituted willful infringement of Plaintiff's copyrights and have caused Plaintiff to suffer damages in an amount to be proved at trial.

## SECOND CLAIM FOR RELIEF

### (Contributory Trademark Infringement)

### (Against defendant Bruce Bosley)

23. Plaintiff readopts and realleges all of the allegations as set forth above.

24. Upon information and belief, defendant Bruce Bosley is the President and sole shareholder of The Bosley Group.

25. Upon information and belief, defendant Bruce Bosley had knowledge of defendant The Bosley Group's direct infringement of Plaintiff's Copyrighted Works.

26. Upon information and belief, defendant Bruce Bosley induced defendant The Bosley Group to infringe Plaintiff's Copyrighted Works.

**WHEREFORE**, Plaintiff prays for relief against Defendants as follows:

A. Declaring that Defendants unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Awarding Plaintiff actual damages suffered as a result of the infringement, and any profits of the infringers that are attributable to the infringement and are not taken into account in computing the actual damages, pursuant to 17 U.S.C. § 504(b) (2000), for Defendants' copyright infringement, in an amount to be determined at trial;

C. Awarding Plaintiff its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505 or other applicable law;

D. Awarding Plaintiff such other and further relief as is just and proper.

**DATED:** January 23, 2009

MARISCAL, WEEKS, MCINTYRE
& FRIEDLANDER, P.A.

By: /s/ Robert A. Shull
Robert A. Shull
David G. Bray
Attorneys for plaintiff Robert Kubicek
Architects & Associates, Inc.